UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOODLAND TRADING, INC., a New York corporation,<br><br>Plaintiff,<br><br>-against-<br><br>G ASHLEY INC. and G ASHLEY E INC., New Jersey corporations,<br><br>Defendants. | Case No. 1:26-cv-07124 (JLR)<br><br>**Order** |

JENNIFER L. ROCHON, United States District Judge:

The initial pretrial conference currently scheduled for November 4, 2026, at 11:00 a.m. is hereby adjourned given the pending motions regarding venue in this case and in a parallel case filed in the United States District Court for the District of New Jersey, *G Ashley Inc. v. Woodland Trading, Inc.*, 2:26-cv-12636-KSH-SDA. The Court will reschedule an initial pretrial conference in this case at a later date.

Dated: October 23, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge